UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Amy Ross, | Civil No. 06-CV-2337 (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Juan Pierre Roddy, acting in his individual capacity as a police officer of the City of Coon Rapids; John Doe, acting in his individual and official capacity as a Supervisory officer of the City of Coon Rapids; and the City of Coon Rapids, | |
| Defendants. | |

_____

A Stipulation (Doc. No. 19), having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action against Juan Pierre Roddy, acting in his individual capacity as a police officer of the City of Coon Rapids; John Doe, acting in his individual and official capacity as a Supervisory officer of the City of Coon Rapids; and the City of Coon Rapids, and all other persons, are **DISMISSED WITH PREJUDICE** and on the merits and without costs, attorney's fees or disbursements to any party, pursuant to Minn. Stat. § 466.08.

**LET A JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY.**

Dated: November 9, 2006

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge